UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO, #252200,

      Plaintiff,

                          CASE NO. 08-CV-10514
v.                      HONORABLE LAWRENCE P. ZATKOFF

THOMAS BELL,

      Defendant.
_____/

## OPINION AND ORDER OF DISMISSAL

The Court has before it Plaintiff Robert D. Sango's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff, a state prisoner confined at the Gus Harrison Correctional Facility in Adrian, Michigan, sues the warden at that facility alleging violations of his civil rights. At the time he filed the complaint, Plaintiff did not pay the required filing fee, nor did he submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). The Court issued a deficiency order requiring Plaintiff to either pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days. Plaintiff has neither paid the filing fee nor submitted an *in forma pauperis* application. Instead, he has filed a response to the Court's order stating that he would like to dismiss his complaint. The Court finds no reason to deny his request. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the complaint.

      **IT IS SO ORDERED**.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: March 7, 2008

CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 7, 2008.

                                           s/Marie E. Verlinde
                                           Case Manager
                                           (810) 984-3290